IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Case No. 8:12CR52** |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | **ORDER** |
| **KEITH RYAN STRONG,** ) | |
| ) | |
| **Defendant.** ) | |

    This case is before the court on the defendant's Motion for Order Permitting Defendant to Attend Memorial (#50).  The defendant, Keith Ryan Strong, moves the court for an order allowing him to attend a memorial Mass on Saturday, December 13, 2014, at 10:00 A.M.  The defendant's identical twin brother, Kevin Strong, died on November 30, 2014.

    The defendant is currently in custody based upon the Petition for Warrant for Offender Under Supervision (#39).  Defendant's final dispositional hearing is set for January 9, 2015.

    After review of the defendant's Pretrial Services report (#8) and the pending petition, I find the motion should be denied.  While the death of the defendant's identical twin brother is certainly unfortunate, a review of the records in this case shows the defendant has an ongoing drug and alcohol problem and on November 13, 2014, was discharged prematurely from an inpatient drug treatment program.

    **IT IS ORDERED**, the defendant's Motion for Order Permitting Defendant to Attend Memorial (#50), is denied without hearing.

    Dated this 12th day of December 2014.

                                                      BY THE COURT:

                                                      s/ F.A. Gossett, III
                                                      United States Magistrate Judge